4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN ~~~~~~~~

UNITED STATES OF AMERICA,

v.

| |
|---|
| Case: 2:26-cr-20465 |
| Assigned To : White, Robert J. |
| Referral Judge: Altman, Kimberly G. |
| Assign. Date : 7/22/2026 |
| Description: INDI USA V. MOORE ET AL |
| (NA) |

Violation: 18 U.S.C. § 922(g)(1)

D-1    LONNIE ANTHONY MOORE,

D-2    ROBERT OMAR IRVIN, JR.,
       a/k/a "Robert Omar Irvan"
              Defendants.

_____/

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

D-1    LONNIE ANTHONY MOORE

On or about June 24, 2026, in the Eastern District of Michigan, Southern Division, the defendant, LONNIE ANTHONY MOORE, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Radical Arms RF-15, and multiple rounds of PPU 5.56 x 45mm ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

D-2   ROBERT OMAR IRVIN, JR.

On a date unknown to the Grand Jury, but beginning no later than June 23, 2026, through at least June 24, 2026, in the Eastern District of Michigan, Southern Division, the defendant, ROBERT OMAR IRVIN, JR., knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Radical Arms RF-15, and multiple rounds of PPU 5.56 x 45mm ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Count One and Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One and Count Two of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in any knowing violation

2

of said offense, including but not limited to: one Radical Arms RF-15 and 18 rounds

of PPU 5.56 x 45mm ammunition.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*_____
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/ Mark Bilkovic*_____
MARK BILKOVIC
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

*s/ Nicholas McIntyre*_____
NICHOLAS MCINTYRE
Assistant United States Attorney

Dated: July 22, 2026

3

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:26-cr-20465 Assigned To : White, Robert J. Referral Judge: Altman, Kimberly G. Assign. Date : 7/22/2026 Description: INDI USA V. MOORE ET AL |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to **(NA)**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)[1]**: | |
| ☐Yes ☑No | **AUSA's Initials:** *s/N.M* |

**Case Title:** USA v. Lonnie Moore et al.,

**County where offense occurred: Wayne**

**Offense Type:** Felony

Indictment -- prior complaint **Case No.  26-MJ-30378 & 26-MJ-30388**

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

July 22, 2026
Date

Nicholas McIntyre
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Nicholas.McIntyre3@usdoj.gov
(313) 226-9611
Bar #: P78756

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.